**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00022-CV

### IN RE: DERICK DEWAYNE EVANS, Relator

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-1193**

## ORDER

We **DENY** relator's motion for rehearing. On the Court's own motion, we **WITHDRAW** our opinion of February 13, 2013, and **VACATE** our order of the same date.

Based on our opinion of today's date, we **DENY** relator's petition for mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     JIM MOSELEY
           JUSTICE